IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-MJ-1081-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| TRAVIS P. MOTT, | ) | |

This matter is before the Court on the government's oral motion to continue the bench trial in this matter. For good cause shown, the motion is GRANTED, and the bench trial is continued to December 17, 2014.

The court finds that the ends of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. The period of delay necessitated by this continuance is excluded from Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 15th day of October, 2014.

ROBERT B. JONES, JR.
United States Magistrate Judge